

# Missouri Court of Appeals
## Southern District

**JUNE 30, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD34055

Re:    ROSHELL DAWN JOHNSON,
Movant-Appellant,
v.
STATE OF MISSOURI,
Respondent-Respondent.

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD33750

Re:    STATE OF MISSOURI,
Plaintiff-Respondent,
v.
CORY WAYNE BARTON,
Defendant-Appellant.